```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159277
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ESTANISLAO LARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>ESTANISLAO LARA,                     )<br>                                     )<br>            Defendant.               )<br>                                     )<br>_____)  | No. CR-S-09-164 GEB<br><br>**AMENDED**<br>STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date: June 19, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Estanislao Lara, as follows:

The Status Conference date of May 29, 2009, should be continued until June 19, 2009. The reason for the continuance is that the parties have not yet received the Alien Pre-Plea Presentence Report and need additional time to receive it. After that, the defense needs additional time to review the PSR with the defendant, to calculate the defendant's likely sentence and to explore any defenses or sentencing issues.

1    IT IS STIPULATED that the period from the date of this Stipulation
2 up to and including June 19, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to permit
5 necessary preparation by defense counsel.
6 Dated: May 27, 2009
7                                         Respectfully submitted,
8                                         DANIEL BRODERICK
                                          Federal Defender
9
10                                        /s/ Caro Marks
                                          _____
11                                        CARO MARKS
                                          Assistant Federal Defender
12                                        Attorney for Defendant
                                          ESTANISLAO LARA
13
14 Dated: May 27 , 2009
15                                        LARRY G. BROWN
                                          Acting United States Attorney
16
17                                        /s/ Michael Anderson
                                          _____
18                                    By: MICHAEL ANDERSON
                                          Assistant U.S. Attorney
19
20                          ORDER
21
22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for May 29, 2009, be
24 continued to June 19, 2009, at 10:00 a.m.  Based on the representation
25 of defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant continuity of counsel and defense counsel reasonable time
28 necessary for effective preparation, taking into account the exercise

-2-

1  of due diligence.  The Court finds that the ends of justice to be
2  served by granting a continuance outweigh the best interests of the
3  public and the defendant in a speedy trial.  It is ordered that time
4  from the date of this stipulation, May 27, 2009, to and including, the
5  June 19, 2009, status conference shall be excluded from computation of
6  time within which the trial of this matter must be commenced under the
7  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local
8  Code T-4, to allow defense counsel time to prepare.

Dated:  June 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge